FILED

07/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0213

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0213

_____

TODD MARTIN RUDE,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

                O R D E R

_____

In a May 10, 2022 Order, this Court granted self-represented Appellant Todd Martin Rude's Petition for an Out-of-Time Appeal. Rude now moves for appointment of counsel and for an extension of time to file his opening brief.

Rude is not entitled to an appointment of counsel in this appeal. Rude appeals a March 1, 2022 Order on Petition for Postconviction Relief, where the Lewis and Clark County District Court denied his petition. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. While Rude references his three mental health diagnoses, those circumstances are not the criteria under Montana's statute. Furthermore, Rude represented himself in the District Court. Therefore,

IT IS ORDERED that Rude's Motion for Appointment of Counsel is DENIED.

IT IS FURTHER ORDERED that Rude's Motion for Extension of Time is GRANTED and that Rude shall prepare, file, and serve his opening brief on or before September 20, 2022.

The Clerk is directed to provide a copy of this Order to counsel of record and to Todd Martin Rude along with a copy of this Court's Civil Appellate Handbook.

DATED this 11 day of July, 2022.

For the Court,

By _____
           Chief Justice